UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JAMES L. MILLIGAN,

    Plaintiff,           Civil Action No. 2:15-cv-00060-JDL

v.

PRINCIPAL LIFE INSURANCE COMPANY,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by and between Plaintiff, James Milligan and Defendant, Principal Life Insurance Company, that the above cause be dismissed with prejudice, as the case has been completely and amicably settled. All parties are to bear their own attorneys' fees and Court costs.

| | |
|---|---|
| Dated: May 7, 2015 | Dated: May 7, 2015 |
| By: /s/ Robert W. Weaver | By: /s/ Jerrol A. Crouter |
| Robert W. Weaver, Esq. | Jerrol A. Crouter, Esq. |
| **IRWIN TARDY & MORRIS** | **DRUMMOND WOODSUM** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 183 Middle Street, 4th Floor | 84 Marginal Way, Ste. 600 |
| P.O. Box 7030 | Portland, Maine 04101-2480 |
| Portland, Maine 04112 | Telephone: (207) 772-1941 |
| Telephone: (207) 772-0303 | Facsimile: (207) 772-3627 |
| rweaver@itmlaw.com | JCrouter@dwmlaw.com |

### CERTIFICATE OF SERVICE

I certify that on May 7, 2015, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

                                                            */s/ Robert W. Weaver*
                                                            Robert W. Weaver